```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | 4:08CR3064 |
|     v. | ) | |
| | ) | |
| BERNE PERKINS, | ) | ORDER |
| | ) | |
|     Defendant. | | |

IT IS ORDERED:

1. An evidentiary hearing on defendant Perkins' motion to dismiss, filing 16, and motion to suppress evidence, filing 18, will be held before the undersigned on August 20, 2008 beginning at 9:00 a.m. in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The court has set aside two hours for this hearing.

2. The defendant, defendant's counsel, and counsel for the government shall be present at this hearing.

3. Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

4. As to all defendants, the trial of this case is continued until further order of the court following resolution of outstanding motions.

5. Plaintiff's motion for time, filing 20, is granted and plaintiff is given to August 6, 2008 to respond to the motions.

Dated July 31, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge