```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3064 |
| | ) | |
| v. | ) | |
| | ) | |
| BERNE PERKINS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Paragraph 5 of the order of July 31, 2008, filing 21, is amended as follows: Plaintiff is given to August 15, 2008 to respond to defendant's pending motions to suppress and to dismiss.

DATED this 5th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge